UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

**DEREK ELVERD AND M.A. ELVERD, LLC,**

    Plaintiffs,

v.                                      Case No. 2:22-cv-31-SPC-NPM
                                                    IN ADMIRALTY

**JOSEPH CHAPMAN,**

    Defendant.

## ORDER

In this limitation-of-liability action arising from an incident that occurred on July 9, 2021, in the navigable waters of the United States near Bonita Beach, Florida, plaintiffs Derek Elverd and M.A. Elverd, LLC,[1] request that all non-appearing claimants be held in default.

On March 10, 2022, the court directed all claimants to file their claims with the clerk by May 27, 2022. (Doc. 9). Pursuant to Supplemental Rule F(4) and Section 6(a) of this court's Admiralty and Maritime Practice Manual, a court-approved notice of this action and the May 27, 2022 claim-filing deadline was published in The News-Press—a daily-published newspaper of general circulation in Lee County,

---

[1] A party seeking exoneration from or limitation of liability in admiralty files a complaint and thereby commences a civil action as a plaintiff. *See* Fed. R. Civ. P. Supp. R. F. In orders, notices, pleadings, and other papers in this action, Derek Elverd and M.A. Elverd, LLC, should therefore be referred to as the plaintiffs rather than the "petitioners."

Florida—on the following dates: March 25, 2022; April 1, 2022; April 8, 2022; and April 15, 2022. (Doc. 11-1). The notice was also properly mailed to counsel for then-known claimant Joseph Chapman. (Doc. 19, ¶ 4). Chapman timely filed a claim and answer to the complaint. No other person or entity timely filed any claim.

Having failed to plead or otherwise defend, all non-appearing claimants must be held in default. *See* Fed. R. Civ. P. 55(a). Accordingly, Plaintiffs' motion (Doc. 19) is **GRANTED**, and the clerk is **DIRECTED** to enter a default against all potential claimants except Joseph Chapman.

Within thirty-five (35) days after the clerk's entry of default, Plaintiffs must apply for a default judgment or file a paper identifying each unresolved issue necessary to entry of the default judgment. M.D. Fla. R. 1.10(c).

**ORDERED** on July 1, 2022.

_Nicholas P. Mizell_
NICHOLAS P. MIZELL
UNITED STATES MAGISTRATE JUDGE