IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

IN ADMIRALTY

CASE NO.: 2:22-cv-00031-SPC-NPM

IN THE MATTER OF:
THE COMPLAINT OF M.A. ELVERD AND
DEREK ELVERD, AS OWNERS OF THE
1999, 21' BOSTON WHALER IMPACT
MODEL, BEARING HULL
IDENTIFICATION NUMBER
BWCPA068A999 AND REGISTRATION
NUMBER FL7887KR FOR EXONERATION
FROM OR LIMITATION OF LIABILITY

Petitioner.
_____

JOSEPH CHAPMAN

Claimant.
_____/

## NOTICE OF APPEARANCE AND DESIGNATION OF EMAIL ADDRESSES

PLEASE TAKE NOTICE that GREGG M. HOLLANDER of the law firm of HOLLANDER LAW FIRM, hereby appears as counsel of record for Claimant, JOSEPH CHAPMAN. Accordingly, please serve all pleadings, motions, objections, responses, notices, and any other court papers on the undersigned at the address listed below. In addition, the undersigned hereby designates, pursuant to Florida Rules of Judicial Administration 2.516, the following e-mail

1

*IN THE MATTER OF: THE COMPLAINT OF M.A. ELVERD AND DEREK ELVERD*
Case No.: 2:22-cv-00031-SPC-NPM
Claimant's Notice of Appearance and Designation of Email Addresses

addresses:

**PRIMARY ADDRESS:** ghollander@hollanderlawfirm.com

**SECONDARY ADDRESS:** ecunniff@hollanderlawfirm.com

Dated this 13th day of July, 2022.    Respectfully submitted,

HOLLANDER LAW FIRM
/s/ Gregg M. Hollander
Gregg M. Hollander, Esq.
Email:ghollander@hollanderlawfirm.com
Florida Bar No. 973350
7000 West Palmetto Park Road Suite 500
Boca Raton, Florida 33433
Telephone:(561) 347-7000
Facsimile: (561) 347-9929
Secondary E-mail:
ecunniff@hollanderlawfirm.com
*Attorney for Claimant*

## CERTIFICATE OF SERVICE

I hereby certify that on the 13th day of July, 2022, I electronically transmitted the foregoing document to the Clerk of Court using the ECF System. Based on the records currently on file, the Clerk of Court will transmit a Notice of Electronic Filing to the following ECF registrants as reflected below:

| | |
|---|---|
| MCLEOD BROCK<br>Michael W. McLeod, Esq.<br>mmcleod@mcleodbrock.com<br>Florida Bar No. 956831<br>150 East Palmetto Park Road<br>Suite 800<br>Boca Raton, Florida 33432 | J. Michael Pennekamp<br>Fla. Bar No. 983454<br>Email: jmp@fowler-white.com<br>Christopher B. Smith<br>Fla. Bar No. 121925<br>Email: csmith@fowler-white.com<br>Fowler White Burnett, P.A. |

*IN THE MATTER OF: THE COMPLAINT OF M.A. ELVERD AND DEREK ELVERD*
Case No.: 2:22-cv-00031-SPC-NPM
Claimant's Notice of Appearance and Designation of Email Addresses

| | |
|---|---|
| South Florida Office: (561) 465-7516<br>Facsimile: (561) 516-6188<br>Secondary E-mail:<br>michelle@mcleodbrock.com<br>*Attorneys for Claimant* | 1395 Brickell Ave<br>Suite 14th Floor<br>Miami, FL 33131<br>Telephone: (305) 789-9200<br>Facsimile: (305) 789-9201<br>*Attorneys for Petitioners* |